Sep-07-07   10:16am   From-Kennedy, Jennik & Murray, P.C.          12123580207

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC SCHERZER, as Trustee of the
VOLUNTARY HOSPITALS HOUSE STAFF
BENEFITS PLAN,

        Plaintiff,

    -against-

CARITAS HEALTH CARE, INC.,

        Defendant.

**07 CIV. 7005 (WHP)**

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiff, Eric Scherzer, as Trustee of the Voluntary Hospitals House Staff Benefits Plan, and Defendant, Caritas Health Care, Inc., that the time for Defendant to answer, move or otherwise respond to the Complaint in the above-captioned action be, and the same hereby is, extended through and including September 20, 2007.

Dated:  New York, New York
       September 6, 2007

KENNEDY, JENNIK & MURRAY, P.C.

By: _____
Elizabeth M. Pilecki
113 University Place 7th Floor
New York, New York  10023
(212) 358-1500

*Attorneys for Plaintiff*

KELLEY DRYE & WARREN LLP

By: _____
Barbara E. Hoey
Kevin J. Smith
101 Park Avenue
New York, New York 10178
(212) 808-7800
*Attorneys for Defendant*

SO ORDERED:

_____
WILLIAM H. PAULEY, U.S.D.J.
9/28/07