UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ERIC SCHERZER as Trustee of the Voluntary :
Hospitals House Staff Benefits Plan,
:
                Plaintiff,              07 Civ. 7005 (WHP)
:
          -against-              ORDER
:
CARITAS HEALTH CARE, INC.,
:
                Defendant.
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby

        ORDERED that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated:    November 8, 2007
            New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record*:

Elizabeth M. Pilecki, Esq.
Kennedy, Jennik & Murray, P.C.
113 University Place
New York, NY 10003
*Counsel for Plaintiff*